RECEIVED
IN ALEXANDRIA, LA

NOV 5 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JEROME SMITH | CIVIL ACTION NO. 04-0055 |
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| ANTHONY J. PRINCIPI | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the complaint is dismissed for lack of subject matter jurisdiction under FRCP 12(b)(1).

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 4th day of November, 2008.

**Dee D. Drell**
**UNITED STATES DISTRICT JUDGE**